**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>DOUGLAS ALLEN AHLES and<br>MEGAN L. AHLES<br>　　　　DEBTOR | BANKRUPTCY NO. 18-16358<br><br>CHAPTER NO. 13 |
|---|---|

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Douglas Allen Ahles and Megan L. Ahles, Debtors, have filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated**. **You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held before the Honorable Richard E. Fehling on Thursday, April 25, 2019 at 9:30 a.m., in Courtroom 1A, United States Bankruptcy Court, 400 Washington Street, Third Floor, Reading, Pennsylvania. If you or your attorney does not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing**, to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intent to appear, the Objector will be entitled to a postponement of the hearing.

Date: March 18, 2019　　　　　　　　　　　　　*/s/Shawn J. Lau*
　　　　　　　　　　　　　　　　　　　　　　Shawn J. Lau, Esquire
　　　　　　　　　　　　　　　　　　　　　　Lau & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　4228 St. Lawrence Avenue
　　　　　　　　　　　　　　　　　　　　　　Reading PA  19606
　　　　　　　　　　　　　　　　　　　　　　610-370-2000 Phone
　　　　　　　　　　　　　　　　　　　　　　610-370-0700 Fax
　　　　　　　　　　　　　　　　　　　　　　shawn_lau@msn.com