IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>DOUGLAS ALLEN AHLES and<br>MEGAN L. AHLES<br>DEBTOR | BANKRUPTCY NO. 18-16358<br><br>CHAPTER NO. 13 |
|---|---|

## ORDER

AND NOW, upon consideration of the DEBTORS' OBJECTION TO PROOF OF CLAIM #7-1 FILED BY CVI SGP ACQUISITION TRUST, it is hereby

ORDERED that Proof of Claim #7-1 filed by CVI SGP ACQUISITION TRUST is allowed in the amount of $119.00, the value of the collateral, as a secured claim and including interest over a five (5) year period at 7%, with the remainder of the claim in the amount of $1,996.35 to be an allowed unsecured claim.

BY THE COURT:

4/25/19

_____
J.

Interested Parties:

Shawn J. Lau, Esq.
4228 St. Lawrence Avenue
Reading, PA 19606

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading PA 19606