**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>**DOUGLAS ALLEN AHLES and**<br>**MEGAN L. AHLES**<br>DEBTOR | BANKRUPTCY NO. 18-16358<br><br>CHAPTER NO. 13 |
|---|---|

## ORDER

AND NOW, upon consideration of the foregoing Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtors, Douglas Allen Ahles and Megan L. Ahles, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $5,701.50 as legal fees and $310.00 in reimbursement of actual, necessary expenses from January 5, 2018 through July 14, 2019.

BY THE COURT:

_____
Honorable Ashley M. Chan
United States Bankruptcy Judge